```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  JENNIFER S WANG (CSBN 233155)
    Assistant United States Attorney
 4
       450 Golden Gate Avenue, Box 36055
 5     San Francisco, California 94102-3495
       Telephone: (415) 436-6967
 6     Facsimile: (415) 436-6748
       jennifer.s.wang@usdoj.gov
 7
    Attorneys for Defendant
 8
    Cary S. Kletter
 9  KLETTER & PERETZ
    22 Battery Street, Suite 202
10  San Francisco, CA 94111
    (415) 732-3777
11  (415) 732-3791

12  Attorney for Plaintiff

13                        UNITED STATES DISTRICT COURT

14                       NORTHERN DISTRICT OF CALIFORNIA

15                            SAN FRANCISCO DIVISION

16
17  JOSE ESPARZA,                      )    No. 09-0449 EDL
                                       )
18         Plaintiff,                  )    STIPULATION AND [PROPOSED]
                                       )    ORDER CONTINUING INITIAL
19     v.                              )    CASE MANAGEMENT
                                       )    CONFERENCE
20  UNITED STATES DEPARTMENT OF        )
    AGRICULTURE, and DOES 1 through    )
21  20, inclusive,                     )
                                       )
22         Defendants.                 )
23  _____

24                                  STIPULATION

25       The parties, plaintiff Jose Esparza and defendant United States Department of

26  Agriculture, hereby stipulate to the following:

27
28

    STIPULATION & [PROPOSED] ORDER
    09-0449 EDL
```

1. Pursuant to the January 30, 2009 Order Setting Initial Case Management Conference and ADR Deadlines, the initial case management conference in the above-captioned case is currently set for May 12, 2009 at 10:00 a.m., and the joint case management statement is due on May 5, 2009.

2. Plaintiff served a copy of the summons and complaint in this case on the Civil Process Clerk for the United States Attorney's Office at 450 Golden Gate Avenue, San Francisco, California, on or about April 15, 2009. Counsel for defendant received a copy of the complaint on or about April 17, 2009.

3. To allow defendant and defendant's counsel sufficient time review the case prior to the case management conference, and prior to conferring with plaintiff's counsel regarding ADR selection, discovery matters and other issues relevant to the case management conference, subject to the Court's approval, the parties agree and stipulate to continue the initial case management conference to June 16, 2009, at 10:00 a.m. The parties jointly request that all other deadlines set in the January 30, 2009 Order Setting Initial Case Management Conference and ADR Deadlines be continued accordingly.

IT IS SO STIPULATED.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: April 22, 2009

JENNIFER S WANG
Assistant United States Attorney

Dated: April 22, 2009

CARY S. KLETTER
KLETTER & PERETZ
Attorney for Plaintiff

STIPULATION & [~~PROPOSED~~] ORDER
09-0449 EDL                                                      2

## ORDER

The Court orders that the initial case management conference currently set for May 12, 2009 at 10:00 a.m., be continued to June 16, 2009 at 10:00 a.m. The joint case management statement is due on June 9, 2009. Counsel for the parties shall meet and confer as required by Federal Rule of Civil Procedure 26(f) prior to the case management conference.

IT IS SO ORDERED.

Dated: April 23, 20090



Judge Elizabeth D. Laporte

STIPULATION & [~~PROPOSED~~] ORDER
09-0449 EDL                                         3