```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    Facsimile: (415) 436-6748
    jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendant

Cary S. Kletter
KLETTER LAW FIRM
22 Battery Street, Suite 202
San Francisco, CA 94111
(415) 732-3777
(415) 732-3791

Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE ESPARZA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOM VILSACK, Secretary of Agriculture for the United States Department of Agriculture,<br><br>　　　　　Defendant. | No. 09-0449 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S DEADLINE FOR FILING AN ANSWER** |

**STIPULATION**

1. Plaintiff filed his complaint in the above-captioned case on or about January 30, 2009, and filed an amended complaint on June 5, 2009.

STIP. RE: DEF.'S DEADLINE TO FILE AN ANSWER
09-0449 JSW

2. The undersigned counsel for the federal defendant agrees to accept service of the amended complaint on behalf of Tom Vilsack, Secretary of Agriculture for the United States Department of Agriculture, via the Court's Electronic Case Filing system.

3. The parties stipulate and agree that the federal defendant's answer to the amended complaint shall be due no later than July 2, 2009.

IT IS SO STIPULATED.

Respectfully submitted,
JOSEPH P. RUSSONIELLO
United States Attorney

Dated: June 9, 2009

\_\_\_\_/s/_____
JENNIFER S WANG
Assistant United States Attorney
Attorneys for Federal Defendant

Dated: June 9, 2009

\_\_\_\_/s/ Cary S. Kletter_____
CARY S. KLETTER
CHLOE QUAIL
KLETTER LAW FIRM
Attorneys for Plaintiff

[PROPOSED] ORDER

IT IS SO ORDERED.

Dated: \_\_June 15, 2009_____   _____
JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

STIP. RE: DEF.'S DEADLINE TO FILE AN ANSWER
09-0449 JSW                             2