1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JENNIFER S WANG (CSBN 233155)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6967
6      Facsimile: (415) 436-6748
       jennifer.s.wang@usdoj.gov
7
   Attorneys for Defendant
8
   Cary S. Kletter
9  KLETTER & PERETZ
   22 Battery Street, Suite 202
10 San Francisco, CA 94111
   (415) 732-3777
11 (415) 732-3791

12 Attorney for Plaintiff

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

16

17 JOSE ESPARZA,                      )    No. 09-0449 JSW
                                      )
18         Plaintiff,                 )    **STIPULATION AND [PROPOSED]**
                                      )    **ORDER CONTINUING INITIAL**
19    v.                              )    **CASE MANAGEMENT**
                                      )    **CONFERENCE BY ONE WEEK**
20 TOM VILSACK, Secretary of Agriculture )
   for the United States Department of )
21 Agriculture,                       )
                                      )
22         Defendant.                 )
   _____
23
           Subject to the approval of the court, it is hereby stipulated by and between the parties
24
   hereto through their respective attorneys of record that the initial Case Management
25
   Conference, currently set for July 17, 2009 at 1:30 p.m. be rescheduled for July 24, 2009 at 1:30
26
   p.m.
27

28

   STIPULATION & [PROPOSED] ORDER RE: INITIAL CMC
   09-0449 JSW

The continuance is needed because counsel for the defendant has a deposition scheduled, based upon the deponent's limited availability, to begin at 3:00 p.m. on July 17, 2009.

                                     Respectfully submitted,

                                     JOSEPH P. RUSSONIELLO
                                     United States Attorney

Dated: July 8, 2009                         /s/
                                     JENNIFER S WANG
                                     Assistant United States Attorney

Dated: July 8, 2009                         /s/
                                     CARY S. KLETTER
                                     CHLOE QUAIL
                                     KLETTER LAW FIRM
                                     Attorneys for Plaintiff

                              **[PROPOSED] ORDER**

The Court, having considered the stipulation of the parties, orders that the Case Management Conference, currently set for July 17, 2009 at 1:30 p.m. is rescheduled for ~~July 24,~~ July 31, 2009 at 1:30 p.m.

IT IS SO ORDERED.

DATED: July 9, 2009

                                     JEFFREY S. WHITE
                                     United States District Court Judge