IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Esparza,

        Plaintiff,

  v.

United States Department of Agriculture,

        Defendant.
                                  /

No. CV09-00449 JSW

**ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS**

     Following the Case Management Conference, IT IS HEREBY ORDERED that the Case Management Statement is adopted, except as expressly modified by this Order. It is further ORDERED that:

**A.    DATES**

Jury Trial Date: 10/18/2010, at 8:00 a.m.,

Pretrial Conference: Monday, 9/13/2010, at 2:00 p.m.

Last Day to Hear Dispositive Motions: Friday, 7/16/2010, 9:00 a.m.

Last Day for Expert Discovery: 5/31/2010

Last Day for Expert Disclosure: 4/30/2010

Close of Non-expert Discovery: 4/30/2010

Further Case Management Conference: 11/6/2009, 1:30 p.m.

Joint Case Management Statement due: 10/30/2009

**B.    DISCOVERY**

     The parties are reminded that a failure voluntarily to disclose information pursuant to Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses pursuant to Rule 26(e) may result in exclusionary sanctions. Thirty days prior to the close of

non-expert discovery, lead counsel for each party shall serve and file a certification that all supplementation has been completed.

### C. ALTERNATIVE DISPUTE RESOLUTION

This matter is referred to court-connected mediation, to be conducted by October 2, 2009, if possible. The parties shall promptly notify the Court whether the case is resolved at the mediation.

### D. PROCEDURE FOR AMENDING THIS ORDER

No provision of this order may be changed except by written order of this court upon its own motion or upon motion of one or more parties made pursuant to Civil. L. R. 7-1 or 7-1-(b) without a showing of very good cause. If the modification sought is an extension of a deadline contained herein, the motion must be brought <u>before</u> expiration of that deadline. The parties may not modify the pretrial schedule by stipulation. A conflict with a court date set after the date of this order does not constitute good cause. The parties are advised that if they stipulate to a change in the discovery schedule, they do so at their own risk. The only discovery schedule that the Court will enforce is the one set in this order. Additionally, briefing schedules that are specifically set by the court may not be altered by stipulation; rather the parties must obtain leave of Court.

**IT IS SO ORDERED.**

Dated: August 4, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE