JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone:   (415) 436-6967
Facsimile:    (415) 436-6748
Email:         jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendant

Cary Kletter
Chloe Quail
KLETTER LAW FIRM
22 Battery Street, Suite 202
San Francisco, CA 94111
(415) 434-3400
(415) 732-3791

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE ESPARZA,<br><br>           Plaintiff,<br><br>    v.<br><br>TOM VILSACK, Secretary of Agriculture for the United States Department of Agriculture,<br><br>           Defendant. | Case No.  09-0449 JSW<br><br>**STIPULATION AND AGREEMENT OF COMPROMISE AND [PROPOSED] ORDER** |

     IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Jose Esparza ("Plaintiff") and defendant Tom Vilsack (hereinafter the "Federal Defendant") as follows:

     1.    The parties do hereby agree to settle, compromise and dismiss the above-captioned action ("This Action") under the terms and conditions set forth herein.

STIPULATION AND ORDER FOR
COMPROMISE SETTLEMENT
C09-0449 JSW

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

2. The Federal Defendant agrees to pay the sum of Forty Three Thousand Five Hundred dollars and zero cents ($43,500) to Plaintiff under the terms and conditions set forth herein. The Plaintiff and his heirs, executors, administrators, assigns and attorneys hereby agree to accept such sum in full and final settlement and satisfaction of the claims raised in This Action under the terms and conditions set forth herein.

3. It is also agreed, by and among the parties, that the settlement sum set forth in Paragraph 2 represents the entire amount payable to plaintiff and his heirs, executors, administrators, assigns and attorneys.

4. It is also agreed, by and among the parties, that the settlement sum set forth in Paragraph 2, shall be made payable to Plaintiff's counsel, Cary Kletter, Esq., and Jose Esparza. The check will be mailed to Plaintiff's attorney at the following address: Cary Kletter, Esq., Kletter Law Firm, 22 Battery Street, Suite 202, San Francisco, CA 94111.

5. It is also agreed by and among the parties that neither Plaintiff nor any of his attorneys may make any additional claims for attorney's fees or other costs against the Federal Defendant, the United States Department of Agriculture, the United States, their agents, servants, or employees for any claims related to This Action.

6. In consideration of the payment referred to in Paragraph 2, Plaintiff agrees that, immediately upon execution of this agreement, he will execute a Stipulation of Dismissal, which stipulation shall dismiss, with prejudice, all claims asserted in This Action or any claims that could have been asserted in This Action, which is captioned *Jose Esparza v. Tom Vilsack, Secretary of Agriculture for the United States Department of Agriculture*, C 09-0449 JSW. The fully executed Stipulation of Dismissal will be held by counsel for the Federal Defendant and will be filed with the Court upon receipt by Plaintiff's counsel of the settlement sum described in Paragraph 2.

7. In consideration of the payment of the settlement sum set forth in Paragraph 2, Plaintiff hereby releases and forever discharges the Federal Defendant, the United States Department of Agriculture, and any and all of its past and present officials, directors, employees, agents, attorneys, successors, and assigns from any and all obligations, damages, liabilities, causes of action, claims, and demands of any kind and nature whatsoever, whether suspected or unsuspected, arising

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER FOR
COMPROMISE SETTLEMENT
C09-0449 JSW

2.

in law or equity, arising from or by reason of any and all known, unknown, foreseen, or unforeseen injuries, and the consequences thereof, resulting from the facts, circumstances and subject matter that gave rise to This Action, including any violation of Title VII of the Civil Rights Act of 1964, Rehabilitation Act of 1973 claims, Family and Medical Leave Act of 1993, the Age Discrimination in Employment Act of 1967; all EEO Complaints, any other claim relating to plaintiff's employment by the Federal Defendant, or any other claim Plaintiff could have asserted regarding the events of this lawsuit.

8. Plaintiff further agrees that he may not and will not use or rely on the incidents and actions underlying the Complaint, First Amended Complaint, or the EEO Complaint(s) underlying This Action to prove any other claims against the Federal Defendant, the United States Department of Agriculture, the United States, or its agencies and employees, in any other administrative proceeding, state court action or federal court action.

9. The provisions of California Civil Code Section 1542 are set forth below:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor.

The Plaintiff having been apprised of the statutory language of Civil Code Section 1542 by his attorneys, and fully understanding the same, nevertheless elects to waive the benefits of any and all rights he may have pursuant to the provision of that statute and any similar provision of federal law. The Plaintiff understands that if the facts concerning the Plaintiff's alleged injury and the liability of the Federal Defendant, or the Federal Defendant's agents, servants, or employees, for damages pertaining thereto, are found hereafter to be other than or different from the facts now believed by them to be true, this agreement shall be and remain effective notwithstanding such material difference.

10. The parties acknowledge that neither this agreement nor anything contained herein shall constitute an admission of liability or fault on the part of the Federal Defendant, the United States Department of Agriculture, the United States of America, or their agents, servants, or employees. This agreement is entered into by the parties for the purpose of compromising disputed

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER FOR
COMPROMISE SETTLEMENT
C09-0449 JSW

3.

claims, and avoiding the expenses and risks of litigation.

11. This agreement may be pled as a full and complete defense to any action or other proceeding, including any local, state or federal administrative action, involving any person or party which arises out of the claims released and discharged by this agreement.

12. The parties agree that the District Court shall retain jurisdiction over this matter for the purposes of resolving any dispute alleging a breach of this agreement.

13. If any withholding or income tax liability is imposed upon plaintiff based on payment of the settlement sum as set forth herein, plaintiff shall be solely responsible for paying any such liability. Plaintiff, and his attorney, will indemnify and hold harmless the Federal Defendant from any liability the Federal Defendant may incur from any government agency arising out of any failure by plaintiff to pay any tax liability he might be responsible for from any government agency.

14. Plaintiff and his attorneys have been informed that payment of the settlement amount may take 90 days or more to process. Undersigned counsel for the Federal Defendant will submit a request for the payment referred to in Paragraph 2 within one week of filing by the District Court of Stipulation and Agreement of Compromise and Order in this Action.

15. All parties acknowledge that they have been represented by and have relied upon independent counsel in negotiating, preparing and entering into this agreement and that they have had the contents of this agreement fully explained by counsel and that they are fully aware of and understand all of the terms of the agreement and the legal consequences thereof. It is further acknowledged that the parties have mutually participated in the drafting of this agreement and it is agreed that no provision herein shall be construed against any party hereto by virtue of the drafting of this agreement.

16. Plaintiff further acknowledges that he has been given a reasonable time within which to review and consider this agreement and represents that he is represented by counsel in this action, has conferred with his attorney prior to executing this agreement, has examined and understands the provisions of 29 U.S.C. § 626(f)(1)(A-E), and that the requirements of those provisions are fully met and satisfied in connection with this agreement.

STIPULATION AND ORDER FOR
COMPROMISE SETTLEMENT 4.
C09-0449 JSW

17. If any provision of this agreement shall be held invalid, illegal, or unenforceable, the validity, legality, or enforceability of the remaining provisions shall not in any way be affected or impaired thereby.

18. This instrument shall constitute the entire agreement between the parties, and it is expressly understood and agreed that this agreement has been freely and voluntarily entered into by the parties hereto with the advice of counsel, who have explained the legal effect of this agreement. The parties further acknowledge that no warranties or representations have been made on any subject other than as set forth in this agreement.

19. This agreement may not be altered, modified or otherwise changed in any respect except in writing, duly executed by all of the parties or their authorized representatives.

Dated: October 2, 2009

_____
JOSE ESPARZA
Plaintiff

Dated: October 2, 2009

KLETTER LAW FIRM

_____
CARY S. KLETTER
Attorney for Plaintiff

Dated: October 2, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

_____
JENNIFER S. WANG
Assistant United States Attorney

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER FOR
COMPROMISE SETTLEMENT                     5.
C09-0449 JSW

# [PROPOSED] ORDER

PURSUANT TO THE ABOVE STIPULATION AND AGREEMENT, APPROVED AND SO ORDERED.

Dated: __October 6, 2009__          *Jeffrey S. White*
                                    HON. JEFFREY S. WHITE
                                    UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER FOR
COMPROMISE SETTLEMENT                 6.
C09-0449 JSW