JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-6967
Facsimile: (415) 436-6748
Email: jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendant

Cary Kletter
Chloe Quail
KLETTER LAW FIRM
22 Battery Street, Suite 202
San Francisco, CA 94111
(415) 434-3400
(415) 732-3791

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE ESPARZA,<br><br>        Plaintiff,<br><br>v.<br><br>TOM VILSACK, Secretary of Agriculture for the United States Department of Agriculture,<br><br>        Defendant. | Case No. 09-0449 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE FOLLOWING STIPULATION:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff JOSE ESPARZA and defendant TOM VILSACK, Secretary of Agriculture for the United States Department of Agriculture, hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were asserted therein. Each party will bear its own costs and attorneys fees.

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE
C09-0449 JSW

| | |
|---|---|
| 1  Dated: October 2, 2009 | |
| 2 | |
| 3 | _____ |
| 4 | JOSE ESPARZA<br>Plaintiff |
| 5  Dated: October 2, 2009 | KLETTER LAW FIRM |
| 6 | |
| 7 | _____ |
| 8 | CARY S. KLETTER<br>Attorney for Plaintiff |
| 9  Dated: October 2, 2009 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 10 | |
| 11 | |
| 12 | _____<br>JENNIFER S. WANG<br>Assistant United States Attorney |

### [PROPOSED] ORDER

PURSUANT TO THE ABOVE STIPULATION AND AGREEMENT, APPROVED AND SO ORDERED.

Dated: October 20, 2009

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE                         2.
C09-0449 JSW

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940